UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HANSEL TAVERAS, individually and on
Behalf of all others similarly situated,

    Plaintiff,

v.                                                        CASE NO.: 1:17-cv-24145-UU

EOS CCA, INC.

    Defendant.
_____/

**NOTICE THAT DEFENDANT'S MOTION TO DISMISS IS UNOPPOSED**

COMES NOW, Defendant by and through its undersigned counsel, and hereby files this, Defendant's Notice that Defendant's Motion for Summary Judgment (DE 16) is unopposed, and states as follows:

1. Plaintiff brought this action for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* ("FDCPA"). *See,* DE 1.

2. On November 28, 2017, Defendant filed its Motion to Dismiss. *See,* DE 5.

3. Pursuant to Southern District of Florida Local Rule 7.1(c), Plaintiff had until December 12, 2017 to file a response including a memorandum of legal authority in opposition to Defendant's Motion.[1]

---

[1] Southern District of Florida Local Rule 7.1(c) provides that "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default."

4. As of the date of the filing of the instant Notice, Plaintiff has not filed a response to Defendant's Motion, nor has Plaintiff moved for an extension of time within which to do so.

5. As Plaintiff can no longer timely oppose Defendant's Motion, Defendant hereby notifies the Court that Defendant's Motion is unopposed.

Respectfully submitted by:

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
201 North Armenia Avenue
Tampa, FL  33609
Phone: 813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that December 26, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080