UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17-cv-24145-UU

HANSEL TAVERAS,

    Plaintiff,

v.

EOS CCA, INC.,

    Defendant.

_____

### ORDER ON MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss, D.E. 5, and a *sua sponte* examination of the record.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On November 10, 2017, Plaintiff, through undersigned counsel, filed the instant putative class action, alleging that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA") by contacting Plaintiff via telephone to collect debt after the statute of limitations to collect debt had expired. D.E. 1.

On November 28, 2017, Defendant moved to dismiss Plaintiff's Complaint with prejudice under Fed. R. Civ. P. 12(b)(6) on grounds that Plaintiff fails to state a claim because: (1) Defendant can lawfully collect time-barred debts, as long as it does not threaten litigation, under the FDCPA; (2) Plaintiff fails to—and cannot—allege that Defendant failed to provide any FDCPA-mandated disclosures during the telephone calls at issue; and (3) Plaintiff cannot allege an FDCPA claim based on Defendant "fail[ing] to inform Plaintiff that any partial payment by Plaintiff may result in the revival of Plaintiff's otherwise time-barred debt." D.E. 5.

Plaintiff was required to respond to Defendant's Motion to Dismiss by **Tuesday, <u>December 12, 2017.</u>** However, as of December 27, 2017, which is **<u>over two (2) weeks after the deadline for Plaintiff to respond,</u>** Plaintiff has failed to respond to Defendant's Motion to Dismiss or move for an extension of time to respond to the Motion.

Given the circumstances, the Court will grant Defendant's Motion by default. Fed. R. Civ. P. 37; S.D. Fla. Local Rule 7.1(c); *see also Clark v. Keen*, 346 Fed. App'x 441, 442 (11th Cir. 2009) (district court did not abuse its discretion when it dismissed case with prejudice after warning plaintiffs that "any further actions on their part which demonstrates a lack of diligence in prosecuting this action or a failure to comply with their obligations will result in a dismissal of their case"). Moreover, the Court has considered Defendant's Motion on the merits and concludes that it should be granted. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 5, is GRANTED. Plaintiff's Complaint, D.E. 1, is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the Clerk of Court is directed to ADMINISTRATIVELY CLOSE this case. All future hearings are CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida, this _27th_ day of December, 2017.

                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

copies provided: counsel of record